Donald R. Fischbach (53522)
Matthew T. Besmer (269138)
DOWLING AARON INCORPORATED
8080 North Palm Avenue, Third Floor
Fresno, CA 93711
(P.O. Box 28902, Fresno, CA 93729-8902)
Tel: (559) 432-4500
Fax: (559) 432-4590
dfischbach@dowlingaaron.com / mbesmer@dowlingaaron.com

Attorneys for Defendants ROY ORTEGA, MARTHA ORTEGA, INDIVIDUALLY AND dba EL COCHINITO CONTENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>          Plaintiff,<br><br>vs.<br><br>ROY ORTEGA, MARTHA ORTEGA, INDIVIDUALLY AND dba EL COCHINITO CONTENTO,<br><br>          Defendants. | Case No. 1:12-cv-00253-LJO-SMS<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSE TO COMPLAINT AND TO CONTINUE SCHEDULING CONFERENCE**<br>**(Doc. 11**) |

WHEREAS the parties wish to conserve the Court's resources and time;

WHEREAS defendant Martha Ortega's response to the Complaint was originally due on March 27, 2012, and defendant Roy Ortega's response to the Complaint was originally due on March 30, 2012;

WHEREAS the parties by way of stipulation filed on March 20, 2012, agreed to extend the time to respond to the Complaint pursuant to Local Rule 144(a) to April 24, 2012;

WHEREAS the parties hereto wish additional time to inspect the premises, evaluate the results, and attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings, scheduling conference statements, and attending scheduling conferences;

//

1      IT IS STIPULATED by and between Plaintiff, JOHN MORALES, and Defendants, ROY ORTEGA, MARTHA ORTEGA, INDIVIDUALLY AND dba EL COCHINITO CONTENTO, through their respective counsel, that upon this Court's order pursuant to Local Rule 144, all Defendants shall have, and hereby are granted an extension of time to and including May 31, 2012, to file and serve their responsive pleadings to Plaintiff's Complaint on file herein.

     IT IS FURTHER STIPULATED that the May 23, 2012 Scheduling Conference may be continued to any date at the Court's convenience after June 11, 2012, to afford the parties time to evaluate and negotiate a settlement of this matter, except that the parties are unavailable from June 29, 2012 through August 3, 2012.

Dated: April 20, 2012     DOWLING AARON INCORPORATED

By: /s/ MATTHEW T. BESMER
   DONALD R. FISCHBACH
   MATTHEW T. BESMER
   Attorneys for Defendants ROY ORTEGA, MARTHA ORTEGA, INDIVIDUALLY AND dba EL COCHINITO CONTENTO

Dated: April 20, 2012     MOORE LAW FIRM, P.C.

By: /s/ TANYA E. MOORE
   Tanya E. Moore
   Attorneys for Plaintiff RONALD MOORE

## ORDER

1. Defendants are GRANTED to and through **5/31/12** to file and serve responsive pleadings to Plaintiff's Complaint.

2. The *Telephonic* Scheduling Conference is CONTINUED from 5/23/12 @ 10:30 a.m. before Judge Snyder to 6/27/12 @ 10:30 a.m. before Judge Snyder, for which a Joint Scheduling Report (Doc. 5) shall be due by 6/20/12.

IT IS SO ORDERED.

Dated: **April 24, 2012**       **/s/ Sandra M. Snyder**
                                                       UNITED STATES MAGISTRATE JUDGE