K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>          Plaintiff,<br><br>     vs.<br><br>ROY ORTEGA, MARTHA ORTEGA,<br>INDIVIDUALLY AND DBA EL<br>COCHINITO CONTENTO,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No.  1:12-CV-00253-LJO-SMS<br><br><br>**STIPULATION FOR DISMISSAL OF<br>ACTION; ORDER** |

     IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendants

Roy Ortega and Martha Ortega, individually and doing business as El Cochinito Contento, the

parties to this action, by and through their respective counsel, that pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its

entirety.

Date: May 21, 2012                                    MOORE LAW FIRM, P.C.



                                                      /s/Tanya E. Moore
                                                      Tanya E. Moore
                                                      Attorney for Plaintiff John Morales

///

*Morales v. Ortega, et al.*
Stipulation for Dismissal; [Proposed] Order

1    Date: May 21, 2012                              DOWLING ARRON INCORPORATED

2

3                                                    /s/ Matthew T. Besmer
4                                                    Matthew T. Besmer
                                                     Attorneys for Defendants Roy Ortega and
5                                                    Martha Ortega, individually and doing
                                                     business as El Cochinito Contento
6

7

8                                    **<u>ORDER</u>**

9

10        The parties having so stipulated,

11        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

12   The clerk is directed to close this action.

13

14

15   IT IS SO ORDERED.

16

17        Dated:   **May 21, 2012**              **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28