K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, | No.  1:12-CV-00253-LJO-SMS |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| ROY ORTEGA, MARTHA ORTEGA, INDIVIDUALLY AND DBA EL COCHINITO CONTENTO, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendants Roy Ortega and Martha Ortega, individually and doing business as El Cochinito Contento, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: May 21, 2012                                                       MOORE LAW FIRM, P.C.


                                                                                  /s/Tanya E. Moore
                                                                                  Tanya E. Moore
                                                                                  Attorney for Plaintiff John Morales

///

*Morales v. Ortega, et al.*
Stipulation for Dismissal; [Proposed] Order

Page 1

1  Date: May 21, 2012                                                  DOWLING ARRON INCORPORATED

2

3
                                                                      /s/ Matthew T. Besmer
4                                                                     Matthew T. Besmer
                                                                      Attorneys for Defendants Roy Ortega and
5                                                                     Martha Ortega, individually and doing
                                                                      business as El Cochinito Contento
6

7

8                                                **ORDER**

9

10     The parties having so stipulated,

11     IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

12  The clerk is directed to close this action.

13

14

15  IT IS SO ORDERED.

16
       Dated:   **May 21, 2012**                           **/s/ Lawrence J. O'Neill**
17                                                         UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

*Morales v. Ortega, et al.*
Stipulation for Dismissal; [Proposed] Order
                                           Page 2